**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **In the matter of:** | Case No. 09-30025 |
| **GARTRELL, MICHAEL DAVID** | |
| **GARTRELL, KRISTIN ANN** | Chapter 7 |
| | |
| | Judge  Guy R. Humphrey |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The check in the amount of $1.00 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|

4444444444444444444444444444444444444444444444444444444444444444

Recovery Management Systems Corporation
For GE Money Bank
25 SE 2nd Ave Ste 1120
Miami, FL 33131                    12                        $1.00

4444444444444444444444444444444444444444444444444444444444444444

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $1.00 | $0.00 |

**5/14/2010**                            */s/ John Paul Rieser*
Dated: _____            _____
                                                         John Paul Rieser, Case Trustee
                                                         7925 Graceland St.
                                                         Dayton, OH 45459
                                                         Tel: (937)224-4128 Fax: (937)224-3090
                                                         tecfdesk@rieserlaw.com

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403